IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

        Plaintiff,                CV F 07 0831 LJO AWI WMW PC

    vs.                          ORDER

I. D. CLAY,

        Defendant.

On April 28, 2008, an order was entered, dismissing the complaint in this action and granting Plaintiff leave to file an amended complaint. Plaintiff failed to do so, and on June 3, 2008, a recommendation of dismissal was entered. On June 16, 2008, Plaintiff filed objections to the findings and recommendations. Plaintiff indicates that he did not receive the April 28, 2008, order, and seeks leave to file an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The June 3, 2008, recommendation of dismissal is vacated.

        2. The Clerk's Office shall send to Plaintiff the April 28, 2008, order.

        3. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of April 28, 2008.

IT IS SO ORDERED.

1  **Dated:  June 30, 2008**              /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE