IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS T. ALFORD,

        Plaintiff,        1: 07 CV 0831 LJO WMW PC

   vs.                        ORDER

I. CLAY,

        Defendant.

On June 30, 2008, an order was entered, vacating the June 3, 2008, recommendation of dismissal and granting Plaintiff leave to file an amended complaint. On July 7, 2008, a notice of change of address was filed, indicating that Plaintiff is now housed at a different facility.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall re-serve the April 28, 2008, order dismissing the complaint upon Plaintiff at his address of record.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 31, 2008**　　　　　　　　　　 　 **/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1